Matthew F. Batezel (State Bar No. 185147) *
mbatezel@plawp.com
Daniel T. Balmat (State Bar No. 230504)
dbalmat@plawp.com
PACIFIC LAW PARTNERS, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949)242-2441
Fax (949)242-2446

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM TONG; and MALINEE DIBBAYAWAN,<br><br>       Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:24-cv-02219-DSF-MAR<br><br>**<u>DISCOVERY MATTER</u>**<br><br>Magistrate Judge Margo A. Rocconi<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF MOTION TO ENTER PROTECTIVE ORDER**<br><br>*Filed concurrently with:*<br>• *Memorandum of Points and Authorities*<br>• *Request for Judicial Notice*<br>• *Declaration of Daniel T. Balmat*<br>• *Declaration of Sandra E. Stone*<br>• *Declaration of John Carter*<br>• *Declaration of Christopher Thomas*<br>• *[Proposed] Order*<br><br>**--OPPOSED—**<br><br>Date: January 15, 2025<br>Time: 11:00 a.m.<br>Courtroom: 790<br><br>Complaint filed: March 19, 2024 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 15, 2025, at 11:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Defendant STATE FARM GENERAL INSURANCE COMPANY ("State Farm") will move the Court to enter State Farm's proposed protective order.

This Motion is based upon this Notice; the accompanying Memorandum of Points and Authorities, Declarations and exhibits thereto, Request for Judicial Notice, the complete files and record in this action, and on such further oral or documentary evidence as may be presented at or before the hearing of this motion.

This Motion is made following a series of correspondence and phone calls between State Farm and Plaintiffs, including a conference of counsel on October 14, 2024; pursuant to F.R.C.P. 26(f) and Local Rule 37-1, State Farm certifies that it has conferred in good faith with Plaintiffs regarding the issues that are the subject of this motion.

DATED: November 26, 2024       PACIFIC LAW PARTNERS, LLP

By: /s/MATTHEW F. BATEZEL
    MATTHEW F. BATEZEL
    DANIEL T. BALMAT
    Attorneys for Defendant
    STATE FARM GENERAL
    INSURANCE COMPANY