| | |
|---|---|
| **From:** | Dylan Schaffer |
| **To:** | Matt Batezel; Nicholas Peterson |
| **Cc:** | Daniel Balmat; Linda Avalos; Edward Kerley |
| **Subject:** | RE: Tong v. State Farm |
| **Date:** | Wednesday, October 30, 2024 2:01:20 PM |
| **Attachments:** | image001.png |
| | STIPULATED PROTECTIVE ORDER (Draft)_Tong v SF - KS 10 30 24.docx |

Counsel,

We are, sadly, back to square one. See attached with my edits.

I understand what you are doing, but it is improper and we will not agree to it. The Court has indicated its preference for the model and that is what we should be using without the additions. Also, my view is that none of the items you've indicated are protected anyway, which is the position we will take in the motion. I have agreed to enter into the model order as a simple courtesy, to get us moving forward, and to avoid yet another motion. But I see now this was always part of a simple delay game.

Fair enough, I took the bait and that's on me.

At this point, barring your almost immediate agreement to sign my edit we'll tee up the motion as it's been far too long already. As I've indicated elsewhere, all of this threatens the mediation. That is unfortunate.

Regards,

**Dylan Schaffer**
**KERLEY SCHAFFER LLP**
1939 Harrison Street, #900
Oakland, CA 94612
510.379.5801 ext. 204 (o)
510.384.1446 (m)
dylan@kslaw.us
www.kerleyschaffer.com

---

**From:** Matt Batezel <MBatezel@plawp.com>
**Sent:** Wednesday, October 30, 2024 1:39 PM
**To:** Dylan Schaffer <dylan@kslaw.us>; Nicholas Peterson <nick@kslaw.us>
**Cc:** Daniel Balmat <dbalmat@plawp.com>; Linda Avalos <LAvalos@plawp.com>
**Subject:** Tong v. State Farm

Dylan and Nicholas

Attached is the proposed protective order with redline changes from the model order you provided.

Matt

Matthew F. Batezel



15615 Alton Parkway, Suite 240
Irvine, CA  92618

(714) 747-9735 (mobile)
(949) 242-2441 (tel)
(949) 242-2446 (fax)
mbatezel@plawp.com | www.plawp.com

**CONFIDENTIALITY NOTE**:

This email and any attachments are intended to be received only by the designated recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.