| | |
|---|---|
| **From:** | Dylan Schaffer |
| **To:** | Daniel Balmat |
| **Cc:** | Edward Kerley; Matt Batezel |
| **Subject:** | RE: Tong v. State Farm |
| **Date:** | Wednesday, September 25, 2024 2:40:28 PM |
| **Attachments:** | image001.png |

I'll save you the time and withdraw the subpoena, without prejudice to reserving it.

Regards,

**Dylan Schaffer**
**KERLEY SCHAFFER LLP**
1939 Harrison Street, #900
Oakland, CA 94612
510.379.5801 ext. 204 (o)
510.384.1446 (m)
dylan@kslaw.us
www.kerleyschaffer.com

**From:** Daniel Balmat <dbalmat@plawp.com>
**Sent:** Wednesday, September 25, 2024 2:30 PM
**To:** Dylan Schaffer <dylan@kslaw.us>
**Cc:** Edward Kerley <edward@kslaw.us>; Matt Batezel <MBatezel@plawp.com>
**Subject:** Tong v. State Farm

Counsel, this follows on a voicemail I just left.

Per Local Rules 7-19 and 7-19.1 and Judge Rocconi's Procedures and Standing Order, this is to advise you that State Farm intends to apply *ex parte* tomorrow for an order quashing or modifying the subpoena to Sander Dawson and/or entering the protective order proposed by State Farm. Please let us know if you will oppose the application.

Sincerely,

Daniel T. Balmat



2000 Powell St., Suite 950
Emeryville, CA  94608
(510) 841-7777 (tel)
(510) 841-7776 (fax)
dbalmat@plawp.com | www.plawp.com

**CONFIDENTIALITY NOTE:**

This email and any attachments are intended to be received only by the designated recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.