<div style="font-size:small">Pacific Law Partners, LLP<br>15615 Alton Parkway, Suite 240<br>Irvine, CA 92618<br>(949) 242-2441 - Facsimile (949) 242-2446</div>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TONG; and MALINEE DIBBAYAWAN, <br><br>  Plaintiffs, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 to 10, <br><br>  Defendants. | Case No.: 2:24-cv-02219-DSF-MAR <br><br> **DISCOVERY MATTER** <br><br> Magistrate Judge Margo A. Rocconi <br><br> **[PROPOSED] ORDER ENTERING PROTECTIVE ORDER** <br><br> Date: January 15, 2025 <br> Time: 11:00 a.m. <br> Courtroom: 790 <br><br> Complaint filed: March 19, 2024 |

Defendant STATE FARM GENERAL INSURANCE COMPANY'S ("State Farm") Motion for Entry of Protective Order came on for hearing before the Court on January 8, 2025. Having considered the Motion, the memoranda of the parties, the supporting declarations and accompanying exhibits, and the files and records of the Court, and good cause appearing, the Court **GRANTS** the motion as follows:

1.   The proposed Protective Order attached as **Exhibit N** to the Declaration of Daniel T. Balmat in support of the Motion shall be adopted and entered. The Protective Order shall apply to all past and future document productions.

**IT IS SO ORDERED**

Date:_____   _____

HONORABLE MARGO A. ROCCONI
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA